JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. KRAUS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CONTRACTORS STATE LICENSE BOARD, et al.,<br><br>Defendants. | Case No. 5:25-cv-03590-HDV-CTS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss [59], the Court adjudges the above-captioned case dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Hernán D. Vera
United States District Judge